IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDUARDO ALEJOS, and JUAN GERARDO ALEJOS,

    Plaintiffs,

  v.

WACHOVIA MORTGAGE CORPORATION, WORLD SAVINGS, INC., CAL-WESTERN RECONVEYANCE, and DOES 1 through 50, inclusive,

    Defendants.

No. C 09-00812 JSW

**ORDER OF TRANSFER TO SAN JOSE DIVISION**

On February 25, 2009, this matter was removed from Monterey County Superior Court. Because this matter is a dispute that arises in Monterey County, pursuant to Northern District Civil Local Rules 3-2(e) and 3-2(f), the Court *sua sponte* orders this matter transferred to a United States District Court Judge in the San Jose Division.

**IT IS SO ORDERED.**

Dated: May 21, 2009

                                     JEFFREY S. WHITE
                                     UNITED STATES DISTRICT JUDGE