1  Fred Hickman (# 124406)
   fhickman@afrct.com
2  ANGLIN, FLEWELLING, RASMUSSEN,
      CAMPBELL & TRYTTEN LLP
3  199 S. Los Robles Avenue, Suite 600
4  Pasadena, California 91101-2459
   V:(626) 535-1900; Fax: (626) 577-7764
5
6  Attorneys for Defendants,
   WORLD SAVINGS BANK, FSB, now known as
7  WACHOVIA MORTGAGE, FSB (erroneously
   named herein as World Savings, Inc.), and
8  WACHOVIA MORTGAGE CORPORATION,
   a North Carolina corporation
9

*E-FILED - 8/27/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDUARDO ALEJOS and JUAN GERARDO ALEJOS,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA MORTGAGE CORPORATION (a North Carolina Corporation); WORLD SAVINGS, INC., (a California Corporation; CAL-WESTERN RECONVEYANCE CORPORATION (a California Corporation) and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 09-000812 RMW<br><br>The Hon. Ronald M. Whyte<br><br>ORDER ON STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>OLD DATE:<br>DATE:    August 28, 2009<br>TIME:    1:30 P.M.<br>CRTRM:   3<br><br>NEW DATE:<br>DATE:    September 4, 2009<br>TIME:    1:30 P.M.<br>CRTRM:   3 |

## STIPULATION

1. Counsel jointly request the continuance of the case management conference from August 28, 2009 to September 4, 2009.

///

///

2. Counsel for Wachovia, Fred Hickman, has initiated this request. Mr. Hickman will be out of state on a previously planned vacation with his family on August 28, 2009. This is the first vacation his family has had in two years.

3. The joint case management statement was timely filed on August 21, 2009.

Dated: August 24, 2009                     JAMES CURTIS & ASSOC.

/s/ James Curtis IV
James Curtis IV
Attorneys for Plaintiff

Dated: August 24, 2009                     ANGLIN, FLEWELLING, RASMUSSEN,
                                           CAMPBELL & TRYTTEN LLP

/s/ Fred Hickman
Fred Hickman
Attorneys for Defendant
Wachovia Mortgage, FSB and Wachovia
Mortgage Corporation.

Dated: August 24, 2009                     WRIGHT, FINLAY & ZAK, LLP

/s/ T. Robert Finlay
Attorneys for Defendant
Cal. Western Reconveyance Corp.

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Frederick J. Hickman, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 24, 2009, at Pasadena, California.

/s/ Fred Hickman
Fred Hickman

**ORDER**

For good cause appearing, IT IS SO ORDERED.

Dated: 8/27/09

*Ronald M. Whyte*
JUDGE OF THE DISTRICT COURT

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Pasadena, California; my business address is 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below I served a copy of the following document:

**ORDER ON STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

on all interested parties in said case as follows:

**Served Electronically via Court's CM/ECF System:**

| *Attorneys for Plaintiffs:* | *Attorneys for Cal-Western Reconveyance Corporation:* |
|---|---|
| James Curtis, Esq.<br>JAMES CURTIS & ASSOCIATES<br>11081 Pierce Street, Suite 200<br>Riverside, CA 92505<br><br>Tel: (951) 781-2700<br>Fax: (951) 848-9120 | T. Robert Finlay, Esq.<br>WRIGHT, FINLAY & ZAK, LLP<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA 92660<br><br>Tel: (949) 477-5050<br>Fax: (949) 477-9200 |

*Attorney for Cal-Western Reconveyance:*

Michelle Mierzwa, Esq.
525 East Main Street
El Cajon, CA 92020

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **August 24, 2009**.

_____Jill Ashley_____          *Jill Ashley* (Signature)
(Print name)