1
2
3
4
5
6
7

*E-FILED - 12/9/09*

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| EDUARDO ALEJOS and JUAN GERARDO ALEJOS,<br><br>               Plaintiff,<br><br>vs.<br><br>WACHOVIA MORTGAGE CORPORATION (a North Carolina Corporation); WORLD SAVINGS, INC., (a California Corporation; CAL-WESTERN RECONVEYANCE CORPORATION (a California Corporation) and DOES 1 through 50, inclusive,<br><br>               Defendants. | Case No.  C-09-00812-RMW<br><br>ORDER REMANDING CASE |

12
13
14
15
16
17
18
19
20

      Pursuant to the parties' stipulation and no federal claim appearing in plaintiffs' most current

21

complaint, the court hereby remands the case to the Superior Court for the County of Monterey.

22

DATED: <u>December 8, 2009</u>

23
24

*Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge

25
26
27
28

1

2      Copy of Order E-Filed to Counsel of Record:

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28